(105 So. 923)

Vince CALVERT v. STATE. (6 Div. 889.) (Court of Appeals of Alabama. Nov. 3, 1925.)

Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge. Habeas corpus.

SAMFORD, J. Affirmed.